

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Carl Daily, Appellant

No. 06-17-00038-CV     v.

Charles McMillan, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 15C1451). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Carl Daily, pay all costs of this appeal.

RENDERED AUGUST 15, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk